EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* JOSÉ MEDINA, acusado y apelante.

No. 3052.—*Visto:* Febrero 10, 1927. *Resuelto:* Febrero 11, 1927.

DERECHO PENAL—APELACIÓN Y ERROR, Y CERTIORARI—RÉCORD Y PROCEDIMIENTOS QUE NO ESTÁN EN RÉCORD—PENA IMPUESTA—PENA EXCESIVA.—Cuando no se celebra juicio por la confesión del delito hecha por el acusado y la corte sentenciadora toma en consideración, para la imposición de la pena, prueba que se le presenta con tal fin, si ésta no se trae ante el Supremo, éste no está en condiciones de declarar que la corte impuso una pena excesiva.

SENTENCIA de *R. H. Todd, Jr.,* J. (Ponce), condenando al acusado por delito de Homicidio voluntario. *Confirmada.*

*Felipe Colón,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

El apelante fué acusado de un delito de asesinato en pri-

mer grado y al quedar constituído el jurado que había de juzgarlo se confesó culpable del delito de homicidio voluntario, por cuya confesión el jurado lo declaró convicto de ese delito.  Antes de ser impuesta la pena por la corte, ésta tuvo ante sí evidencia para los efectos de la imposición de la misma y después condenó al acusado a sufrir diez años de presidio con trabajos forzados por el delito de homicidio voluntario, por estimar que a pesar de la prueba del acusado tendente a demostrar su buena conducta anterior la evidencia de su crimen demuestra que cometió el delito de asesinato, por lo menos en segundo grado, porque después de terminada una cuestión que el acusado tuvo con la persona que luego murió, cuando dicha persona se retiraba por la carretera, el acusado a mansalva y por la espalda, sin que aquélla pudiera darse cuenta de la acometida, le echó una llave con la mano derecha al cuello y por detrás sacó una navaja con la mano izquierda y le cercenó el lado izquierdo del cuello, falleciendo dicha persona instantáneamente.

El acusado apeló de esa sentencia alegando como único error de ella que la pena impuesta es excesiva.

Independientemente de cualquier cuestión que no sea la suscitada por el apelante, nos limitaremos a decir que como no ha sido traída ante nosotros la evidencia que tuvo en cuenta la corte inferior para imponer la pena recurrida, *la sentencia apelada debe ser confirmada.*